

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

NOTICE OF ORDER ON MOTION

Cause number:               01-13-00022-CV

Style:                      Theola Robinson and Benji's Special Education Academy, Inc

                            **v** Amegy Bank, N.A.

Date motion filed[*]:       March 7, 2013

Type of motion:             Motion to Extend Time to File Motion for Rehearing/En Banc Reconsideration

Party filing motion:        Appellant

Document to be filed:

     Appellant's motion for extension of time to file a motion for rehearing/en banc reconsideration is GRANTED.  The deadline is extended to April 8, 2013.

Judge's signature: /s/ Justice Evelyn V. Keyes
         ☑ Acting individually    ☐ Acting for the Court

     Panel consists of _____.

Date: March 12, 2013